(134 So. 920)

**Willie James FREEMAN v. STATE.**

8 Div. 227.

Court of Appeals of Alabama.
May 26, 1931.

SAMFORD, J.
Appeal dismissed.

(135 So. 921)

**Bernard FRENCH v. STATE.**

8 Div. 301.

Court of Appeals of Alabama.
June 30, 1931.

T. C. Almon, of Decatur, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BRICKEN, P. J.

Appellant was charged by indictment with violating the prohibition law by having whisky in his possession. The evidence disclosed that the officers searched this appellant's home on the morning in question and while the accused was present in his home. The search resulted in the finding of four gallons of whisky under a bed of the defendant in one of the rooms of his house. The accused offered no testimony, except his own, and, while testifying in his own behalf, he stated that one Lee Ramey brought the whisky to his house for Gus Moore. Neither Ramey nor Moore was examined. Appellant denied ownership of the whisky and testified he did not know it was in his home until the officers found it. These and other facts in evidence presented a jury question. No error appears.

Affirmed.

(134 So. 920)

**Brewster FROST v. STATE.**

6 Div. 961.

Court of Appeals of Alabama.
May 5, 1931.

RICE, J.
Appeal dismissed.

(137 So. 919)

**Sam, alias Dave, FROST v. STATE.**

4 Div. 842.

Court of Appeals of Alabama.
Nov. 10, 1931.

RICE, J.
Affirmed.

(137 So. 919)

**Oscar GANT v. STATE.**

4 Div. 864.

Court of Appeals of Alabama.
Nov. 10, 1931.

BRICKEN, P. J.

This appellant appeals from a judgment of conviction in the lower court for the offense of unlawfully having a still in his possession to be used for the purpose of manufacturing or distilling prohibited liquors or beverages. The appeal is on the record proper only; there being no bill of exceptions. This record is regular in all things and without error. The judgment of the lower court will stand affirmed.

Affirmed.

(132 So. 913)

**Charlie GARNER v. STATE.**

8 Div. 105.

Court of Appeals of Alabama.
Jan. 27, 1931.

RICE, J.
Affirmed.

(131 So. 918)

**Phil GARNER v. STATE.**

6 Div. 860.

Court of Appeals of Alabama.
Dec. 16, 1930.

SAMFORD, J.
Affirmed.